IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| DADISI WILLIAMS (1) | NO. 25-183-GAW 1 |

## ORDER

AND NOW, this 15th day of December, 2025, upon consideration of Defendant Dadisi Williams's Motion to Suppress (Dkt. #60), the Government's Opposition thereto, and the evidence and argument presented at the hearing held on December 9, 2025, it is hereby ORDERED that the Motion is GRANTED. The evidence obtained from the Government's search of Defendant Williams's cell phone pursuant to the search warrant issued on November 26, 2025 is hereby SUPPRESSED, as is all fruit of the poisonous tree resulting from that search. It is FURTHER ORDERED that this Court has scheduled a hearing for **December 19, 2025** at **8:45 A.M.**, to be held at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, in **Courtroom 17A**, to discuss how this case will proceed. Counsel should be prepared to address how this Court should procedurally address the following remaining issues: (1) whether this Court should dismiss the arrest warrant of Dadisi Williams as lacking probable cause; (2) whether Mr. Williams's alleged confession is fruit of the poisonous tree; and (3) what additional evidence against Mr. Williams from other warrants or sources in this case is fruit of the poisonous tree.

BY THE COURT:

_____
GAIL A. WEILHEIMER    J.