IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | NO. 25-183-GAW 1-2 |
| DADISI WILLIAMS (1) | : | |

### ORDER

**AND NOW**, this 29th day of December, 2025, upon consideration of this Court's Opinion and Order suppressing evidence against Defendant Dadisi Williams, the arguments made at a hearing before the Court on December 22, 2025, and the supplemental briefing by Mr. Williams and the Government, this Court orders the following with respect to its inquiry regarding the fruit of the poisonous tree doctrine:

1. Mr. Williams's custodial statements are not suppressed as fruit of the poisonous tree; and

2. Communications between Mr. Williams and Mr. Nichols that were found on Mr. Nichols phone are not suppressed because they were obtained pursuant to a valid warrant.

BY THE COURT:

_____
GAIL A. WEILHEIMER        J.