6-13-26

United States Court of Appeals
Eastern District of P.A.
Inmate # 71759-511

United States
        V.
Dadisi Williams

                    Notice

        Defendant wants to notify the court
that he has been transfered from the Federal detention
~~Center~~ Center located in Philadelphia PA. Defendant was
moved from Philadelphia to Ashland, KY, on May 11, 2026.
Defendant is requesting that all mail pertaining
to his ~~criminal~~ criminal matter be sent to F.C.I. Ashland,
defendant is also asking the court to resend any mail
that was sent to Philadelphia that he may have not
recieved due to his transfer. The address to F.C.I
Ashland is listed below.

Dadisi Williams 71759-511
F.C.I Ashland
P.O. Box 6001
Ashland, KY 41105

Dadisi williams 71759-51\
F.C.I Ashland
P.O. Box 6001
Ashland, KY 41105

CHARLESTON WV   250
16 JUN 2026  PM 3  L

**RECEIVED**

JUN 18 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

⇔71759-511⇔
Clerk Of Court
601 Market ST
Phila, PA 19106
United States

19106-172999